--------------------------------------------------------------------------------

 TENTH COURT OF APPEALS

Chief Justice
 Tom Gray

Justice
 Rex D. Davis
 Al Scoggins

 McLennan County Courthouse
 501 Washington Avenue, Rm 415
 Waco, Texas 76701-1373
 Phone: (254) 757-5200 Fax: (254) 757-2822

 Clerk
 Sharri Roessler
 
 April 16, 2015
 
 
In accordance with the enclosed Memorandum Opinion, below is the judgment in the numbered cause set out herein to be entered in the Minutes of this Court as of the1 6[th] day of April, 2015.

10-14-00353-CV IN THE INTEREST OF W.B. AND O.C.B., CHILDREN - ON APPEAL FROM THE COUNTY COURT OF BOSQUE COUNTY - TRIAL COURT NO. CV13164 - REVERSED AND REMANDED - Memorandum Opinion by Davis:

""This cause came on to be heard on the transcript of the record of the Court below, and the same being considered, because it is the opinion of this Court that a new trial as to only Appellant O.S. should be held in accordance with the parties' agreement, it is ordered, adjudged and decreed by the Court that the trial court's October 31, 2014 termination order terminating only Appellant O.S.'s parental rights to the children W.B. and O.C.B. be reversed; that the remaining portion of the order of termination of the court below as to the termination of C.B.'s rights to the children W.B. and O.C.B. be, and hereby is, left undisturbed and in full force and effect; and that this cause be remanded to the court below for further proceedings consistent with this Court's opinion and the parties' agreement. It is further ordered that costs are taxed against the party incurring same, and that this decision be certified below for observance."